JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID D. JONES,** | ) NO. CV 17-1641-KS |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| **NANCY A. BERRYHILL**, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: April 20, 2018

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE